IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

|  |  |
|---|---|
| QUALITY WHOLESALE HOMES AND FURNISHINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID EDWARDS, et al., <br><br> Defendants. | ORDER DENYING MOTION FOR DEFAULT JUDGMENT, SANCTIONS AND ADMISSIONS <br><br><br><br> Case No. 2:06-CV-92 |

This matter comes before the Court on Plaintiff's Motion for Default Judgment, Sanctions and Admissions with respect to Defendant David Edwards, aka David Edward Cavalieri (Docket No. 76).

The Court notes that the appropriate course of action for Plaintiff to take would be to file a Motion for Default Certificate with the Clerk of Court. Upon issuance of that certificate, the Court could then file a Motion for Default Judgment with this Court. It is therefore

ORDERED that Plaintiff's Motion for Default Judgment, Sanctions and Admissions (Docket No.. 76) is DENIED. It is further

ORDERED that Plaintiff's Motion to Continue Trial (Docket No. 80) is GRANTED. A new trial date will be set at a later date. The final pretrial conference scheduled for November

13, 2007 is vacated.  A status conference is scheduled for December 17, 2007 at 2:00 p.m.

    DATED   November 6, 2007.

                                                     BY THE COURT:

                                                     _____
                                                     TED STEWART
                                                     United States District Judge